AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

FILED
November 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MLG_____
DEPUTY

United States of America
v.

Blake Jackson BRYANT

Defendant(s)

Case No. 1:25-MJ-01103 ML

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/19/2025  in the county of  Travis  in the Western District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| USC 21 841a | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:
See attached criminal complaint

☒ Continued on the attached sheet.

_____
Complainant's signature

Cory Duck, FBI TFO
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 11/20/2025

City and state: Austin, Texas

_____
Judge's signature

MARK LANE, U.S. Magistrate Judge
Printed name and title

**FILED**
November 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MLG_____
DEPUTY

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

UNITED STATES OF AMERICA
  Plaintiff

v                                              Case Number:

BLAKE JACKSON BRYANT                           **1:25-CR-01103 ML**
  Defendant

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Affiant, Cory Duck, being duly sworn, depose and state as follows:

### INTRODUCTION

1. Affiant is a Detective with the Austin Police Department, Austin, Texas ("APD"). Affiant is a sworn Texas peace officer and has been employed by APD since 2009. While employed by APD, Affiant has investigated violations of state and federal criminal law, including the Delivery of Controlled Substances. Affiant is also a federally deputized Task Force Officer for the Federal Bureau of Investigations (FBI) Austin Safe Streets Task Force (SSTF). Affiant has participated in numerous investigations involving the sale and distribution of illegal narcotics.

2. This affidavit is submitted in support of an application for the issuance of a Criminal Complaint against BLAKE JACKSON BRYANT for violations of federal law, including 21 U.S.C. § 841(a), Possession with Intent to Distribute Controlled Substances.

3. As set forth herein, probable cause exists to believe that BRYANT, knowingly possessed on or about his person, over 1000 grams of methamphetamine.

4. The statements contained in this Affidavit are based on information provided to Affiant by other law enforcement officers and through Affiant's personal participation in the investigation of BRYANT. Because this Affidavit is being submitted for the limited purpose of establishing

probable cause for the issuance of a Criminal Complaint, it does not contain every fact known to Affiant or other law enforcement officials.

## FACTUAL SUMMARY

5. During the month of May 2025, Affiant was provided with information by a Confidential Human Source, hereafter referred to as CHS, regarding a narcotics dealer, whom the CHS knows as "Blake Bryant". CHS described BRYANT as a white male, bald, with a red beard. CHS reported that BRYANT has been distributing kilogram amounts of methamphetamine and fentanyl in the Austin, Texas area. CHS also reported that BRYANT lives at 1934 Rutland Drive, Austin, Travis County, Texas.

6. While conducting surveillance at 7331 Bluff Springs Rd, Austin, Texas, Affiant observed the following vehicle parked in front of the residence: 2021 White Ram, bearing Texas License Plate WCB5801. Affiant conducted a computerized search using the Texas Department of Motor Vehicles database and found the vehicle's registered owner to be: Blake Bryant, 5611 Arroyo St, Austin, Texas, 78734.

7. Affiant was able to locate a prior arrest photo of Blake Jackson Bryant, using the Austin Police Department's records management system, Versadex. Affiant provided that photo to the CHS, who confirmed that Blake Bryant was the same person that CHS had reported as distributing kilogram amounts of methamphetamine in the Austin, Texas area.

8. CHS has provided specific, accurate and detailed information throughout the course of this investigation as well as other prior investigations that has led to the seizure of controlled substances and firearms. Affiant believes CHS to be credible and reliable. Affiant knows from experience that confidential human sources often are the targets of violence and threats, including murder, because of their cooperation with law enforcement. Affiant believes that

revealing the identity of CHS would jeopardize the safety and well-being of CHS, therefore it is requested that the identity of CHS remain undisclosed.

9. CHS cooperated with law enforcement throughout this investigation in exchange for monetary compensation.

10. On August 5, 2025, Affiant conducted physical surveillance at 1934 Rutland Drive, Austin, Texas and observed Blake Bryant arrive in a white 2021 Ram, bearing Texas License Plate WCB5801. Affiant also observed Bryant enter 1934 Rutland Drive.

11. On November 19, 2025, Affiant received information from Cedar Park Police Department (CPPD) Detective Sean Fallon that he had arrested a subject, who was providing information as a cooperating defendant (CD). The CD told Detective Fallon that Blake Bryant was distributing kilogram amounts of methamphetamine in the Austin, Texas area. The CD also stated that they had seen BRYANT in possession of multiple kilograms of methamphetamine and fentanyl inside BRYANT'S apartment, located at 1934 Rutland Drive, Austin, Texas.

12. On November 19, 2025, at approximately 6:36 PM, Texas Department of Public Safety (TXDPS) investigators were conducting surveillance at 1934 Rutland Drive, Austin, Texas. TXDPS Agents observed BRYANT exit the building carrying a tan duffel bag before entering a 2021 white Ram, bearing Texas license plate WCB5801 (SUSPECT VEHICLE) and begin driving west on Rutland Drive. Trooper Jonathon Lopez #16195 observed the SUSPECT VEHICLE turn north on Metric Boulevard without using a turn signal, in violation of Texas Transportation Code 545.104. Trooper Lopez was driving marked Texas DPS patrol vehicle, equipped with lights and sirens and initiated a traffic stop on the above-mentioned vehicle at the intersection of Rutland Drive and Metric Boulevard. The SUSPECT VEHICLE immediately began driving away at a high rate of speed, initiating a vehicle pursuit with

multiple Texas DPS patrol vehicles. The SUSPECT VEHICLE ultimately returned to 1934 Rutland Drive, where Trooper Lopez observed BRYANT exit the vehicle and run inside the building. Trooper Lopez gave chase, along with several other TXDPS investigators. BRYANT ran into apartment number 215 and locked the door. TXDPS Special Agent (SA) Josh Delagarza located BRYANT running through the hall of the building and was able to effectively place BRYANT under arrest, by deploying a taser into BRYANT'S body; however, SA Delagarza slipped and broke his leg in the process. BRYANT was placed under arrest at approximately 7:00 PM for Evading Arrest in a Motor Vehicle (Texas Penal Code – 38.04).

13. Prior to impounding the vehicle, Cedar Park Police Department (CPPD) Detective Bryce Martin #1654 inventoried the contents of the vehicle and located a tan duffel bag in the passenger side floorboard of the vehicle. CPPD Detective Martin recognized that it was the same tan duffel bag that investigators had observed BRYANT carrying, shortly before the vehicle pursuit. Inside the duffel bag, TXDPS investigators located approximately 1,000 grams of suspected methamphetamine, a pistol and a passport belonging to BLAKE JACKSON BRYANT.

14. Affiant has been trained in the recognition of narcotics and suspected the substance to be methamphetamine. That substance tested positive for the presence of methamphetamine and carried a net weight of more than 1000 grams.

15. Affiant knows from experience that the normal dosage unit of methamphetamine is approximately one-half gram. BRYANT was in possession of approximately 2,000 dosage units, which is far more than any one person can consume.

## CONCLUSION

16. Based on the foregoing, there is probable cause to believe that BLAKE JACKSON BRYANT has violated federal law, including 21 U.S.C. § 841(a), Possession of Controlled Substances with the Intent to Distribute.

17. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Cory Duck
Task Force Officer
Federal Bureau of Investigation

Sworn to me telephonically under Fed. R. Crim. P. 4.1 on NOVEMBER 20, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE